```
                             United States Bankruptcy Court
                              Eastern District of Arkansas
In re:                                                          Case No. 15-10835-rdt
Michael S Dickson                                               Chapter 13
Polly A Dickson
        Debtors              CERTIFICATE OF NOTICE
District/off: 0860-4        User: latrese            Page 1 of 1              Date Rcvd: Jul 06, 2017
                            Form ID: trc             Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 08, 2017.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
5557282        E-mail/Text: ally@ebn.phinsolutions.com Jul 06 2017 23:23:40     Ally Financial,
               PO Box 130424,    Roseville, MN 55113-0004
                                                                                            TOTAL: 1

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                       TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 08, 2017                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 6, 2017 at the address(es) listed below:
              Gregory W. Harris    on behalf of Joint Debtor Polly A Dickson lgwharris@comcast.net,
               kanitacarter@comcast.net;makennapihahlf@gmail.com;waylancooperhlf@gmail.com
              Gregory W. Harris    on behalf of Debtor Michael S Dickson lgwharris@comcast.net,
               kanitacarter@comcast.net;makennapihahlf@gmail.com;waylancooperhlf@gmail.com
              Joyce Bradley Babin    ecfmail@13ark.com
              U.S. Trustee (ust)    USTPRegion13.LR.ECF@usdoj.gov,
               Shari.Sherman@usdoj.gov;Cecilia.A.Boyle@usdoj.gov;jackie.a.evatt@usdoj.gov;jill.p.eschbacher@usdoj.gov;eliane.m.archambeault@usdoj.gov
                                                                                            TOTAL: 4

2100 B (12/15)

# United States Bankruptcy Court

Eastern District of Arkansas
Case No. 4:15-bk-10835
Chapter 13

In re: Debtor(s) (including Name and Address)

Michael S Dickson
9818 Meyers Rd
Benton AR 72019

Polly A Dickson
9818 Meyers Rd
Benton AR 72019

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 07/06/2017.

Name and Address of Alleged Transferor(s):

Claim No. 5: Ally Financial, PO Box 130424, Roseville, MN 55113-0004

Name and Address of Transferee:

Portfolio Recovery Associates, LLC
PO Box 41067
Norfolk, VA 23541

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 07/08/17

Jean Rolfs
**CLERK OF THE COURT**